November 02, 2007

Ms. Sandra D. Hachem
Harris County Sr. Assistant Attorney
2525 Murworth, Suite 300
Houston, TX 77054
Mr. William B. Connolly
William B. Connolly & Associates
2930 Revere, Suite 300
Houston, TX 77098

RE: Case Number: 07-0511
 Court of Appeals Number: 14-04-01031-CV
 Trial Court Number: 2003-08998J

Style: IN THE INTEREST OF J.A.J., A CHILD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas D. |
| |Montgomery |
| |Mr. William M. |
| |Thursland |
| |Mr. Charles Bacarisse |
| |Mr. Ed Wells |